UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-308 (RHK/JGL)

TONY ROBERT JONES,

Petitioner,

v.

ORDER

DEPARTMENT OF CORRECTIONS OF SOUTH DAKOTA, and the Warden of Moose Lake, Minn, Corr. Facility: LOU STENDER,

Respondents.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

The Clerk of Court is directed to immediately transfer this action to the U.S. District Court for the District of South Dakota, pursuant to 28 U.S.C. § 1406(a).

Dated: 3/16, 2001.

RICHARD H. KYLE
United States District Judge

Filed MAR 16 2001
Francis E. Dosal, Clerk
Judgment Entd.______
Deputy Clerk______